# EXHIBIT "A"

# Mississippi Electronic Courts
## Fifth Chancery Court District (Hinds Chancery Court - Jackson)
### CIVIL DOCKET FOR CASE #: 25CH1:19-cv-01230

| | |
|---|---|
| Richard Schwartz and Associates, P.A. v. Dr. Deirdre Christenberry, M.D. <br> Assigned to: Denise Owens <br><br> **Upcoming Settings:** <br><br> None Found | Date Filed: 09/23/2019 <br> Current Days Pending: 28 <br> Total Case Age: 28 <br> Jury Demand: None <br> Nature of Suit: 45 Breach of Contract |

**Plaintiff**

**Richard Schwartz and Associates, P.A.**   represented by   **Brent Hazzard**
Hazzard Law, LLC
447 Northpark Drive
RIDGELAND, MS 39157
601-977-5253
Fax: 601-977-5236
Email: brent.hazzard@hazzardlaw.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dr. Deirdre Christenberry, M.D.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2019 | 2 | COMPLAINT against Dr. Deirdre Christenberry, M.D., filed by Richard Schwartz and Associates, P.A.. (Attachments: # 1 Civil Cover Sheet,) (Jackson, Adrian) (Entered: 09/23/2019) |
| 09/23/2019 | 3 | SUMMONS Issued for service upon Dr. Deirdre Christenberry, M.D.. (Jackson, Adrian) (Entered: 09/23/2019) |

| MEC Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/21/2019 15:27:35 | | | |
| You will be charged $0.20 per page to view or print documents. | | | |
| **MEC Login:** | ck1987 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25CH1:19-cv-01230 |
| **Billable Pages:** | 1 | **Cost:** | 0.20 |

**F I L E D**
SEP 23 2019
EDDIE JEAN CARR, CHANCERY CLERK
BY _____ D.C.

IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

RICHARD SCHWARTZ AND ASSOCIATES, P.A.                              Plaintiff

v.                                                Civil No. G2019-1230 %3

DR. DEIRDRE CHRISTENBERRY, M.D.,                                   Defendant

## COMPLAINT

Comes now the Plaintiff RICHARD SCHWARTZ AND ASSOCIATES, P.A., ("RSA") and sues Defendant DR. DEIRDRE CHRISTENBERRY, and shows the court the following:

1. Plaintiff RSA seeks compensatory damages, injunctive relief and a declaratory judgment against Defendant Christenberry for her breach of contract. Due to attorney/client privilege and privacy rules under HIPPA, the Plaintiff is prevented from going until detail until this matter is sealed.

2. Plaintiff also seeks any additional relief as deemed equitable.

Respectfully submitted,

_____
Brent Hazzard MSB # 99721
Emily C. Bradley, MSB #104523
Hazzard Law, LLC
447 Northpark Drive
Ridgeland, MS 39157
Tel: 601.977.5253
Fax: 601.977.5236
Brent.hazzard@hazzardlaw.net

IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

RICHARD SCHWARTZ AND ASSOCIATES, P.A.,     Plaintiff

v.     Civil No. G2019-1230 O/3

DR. DEIRDRE CHRISTENBERRY, M.D.,     Defendant

**SUMMONS**

THE STATE OF MISSISSIPPI

TO:    Deirdre Christenberry, M.D.
        2923 Cavey Court
        Augusta, GA 30909

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

     You are required to mail or hand-deliver a copy of a written responses to the Complaint to Brent Hazzard, the attorney for the Plaintiff, who is located at Hazzard Law, LLC, 447 Northpark Drive, Ridgeland, Mississippi. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

     You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

     Issued under my hand and seal of said Court, this the 23rd day of Sept., 2019.

EDDIE JEAN CARR, CHANCERY CLERK
Chancery Clerk of Hinds County, Mississippi

DATED: 9·23·2019     By: _____
                                                 Deputy Clerk

PROOF OF SERVICE--SUMMONS

State of _____ )

County of _____ )

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named_____
_____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____

Process Server (Signature)

Sworn to and subscribed before me this the _____ day of 20_____ .

_____

Notary Public

(Seal) My Commission Expires: _____